Katharine T. Batista, Esq.
Offit Kurman, P.A.
1801 Market Street, Suite 2300
Philadelphia, PA 19146
E: kbatista@offitkurman.com
Attorneys for Defendant

| | |
|---|---|
| TIFFANY BURTON, DENISA MESKOVIC, NATALIA LYNN KENNEDY, WHITNEY HELEM, CORRINE LUCAS, COURTNEY KAMARA, BRITTANY HARRIS, ANN ROBERTS, JANEL TURNER, ANDREA GRONDA, BENGINETTE PERRY, PRIXIE DINKENS, SARAH DUNCAN, ALYSSA SULLIVAN, CORRINDA CROCKET, JASON STEFANO, PHILISTRA PULCHAND, ANTHONY GALASSO, YODIT ESTAFANOS<br><br>                    Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL CAPITAL GROUP, INC.<br><br>                    Defendant. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION<br><br>2:22-cv-00691<br><br><br>CONSENT ORDER TO AMEND AND EXTEND TIME TO ANSWER |

Due Plaintiffs' counsel seeking to add an additional Plaintiff and Defense counsel requesting additional time to respond to the Third Amended Complaint, the Parties have conferred and agree to the following consent order:

1.      Plaintiffs may file a third amended complaint by April 21, 2022.

2.      Defendant's time to answer or otherwise move in response to the third amended complaint is extended to April 28, 2022.

3.      In the event of a pre-answer motion, the parties shall comply with the pre-trial conference, scheduling, and "bundling rule" requirements of the Court's individual rules.

Dated: April 14, 2022

CONSENTING:

/s/ Justin D. Santagata
Justin D. Santagata, Esq.
Attorney for Plaintiffs

/s/ Katharine T. Batista
Katharine T. Batista, Esq.
Attorney for Defendant

FOR ENTRY:

_____
HON. ERIC N. VITALIANO, U.S.D.J.